UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SONGDI CHEN,

      Petitioner,

    v.                                                                    CAUSE NO. 3:25cv1023 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on supervised release on April 24, 2026. ECF 32. The court entered the order granting habeas relief on April 24, 2026. ECF 30.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 30) and to close this case.

SO ORDERED.

May 4, 2026                                          s/ *Damon R. Leichty*
                                                Judge, United States District Court